vided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

counts of felony stealing. He was sentenced, as a prior and persistent offender to imprisonment for five years on each count, to run consecutively. No jurisprudential purpose would be served by a written opinion. The judgments of conviction are affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Ronald L. MORGAN, Sr., Appellant.**

**No. ED 80017.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 7, 2002.

Application for Transfer Denied
Sept. 24, 2002.

Bradley S. Dede, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

**ORDER**

PER CURIAM.

Defendant, Ronald Morgan, Sr., was convicted, after a jury trial, of four counts of tampering in the first degree and four

**In the Interest of K.A.J.M.W.,
E.D.W., & B.D.S.**

**No. ED 80640.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 18, 2002.

Application for Transfer to Supreme Court Denied Aug. 5, 2002.

Application for Transfer Denied
Sept. 24, 2002.

Edward Berg, Columbia, MO, for appellant.

Teresa Rieger Housholder, Jefferson City, MO, for respondent.

Before GEORGE W. DRAPER III, P.J. and MARY R. RUSSELL, J. and MARY K. HOFF, J.

**ORDER**

PER CURIAM.

Myra Whitworth (Mother) appeals from the trial court's judgment terminating her parental rights to K.A.J.M.W., B.D.S., and